UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Case No. 06-60178-CIV-COHN/WHITE

EARL HUGHES BURGEST,

    Plaintiff,

v.

BRENDA WEST,

    Defendant.
_____/

### ORDER DENYING MOTION TO STRIKE AND/OR FOR SANCTIONS

**THIS CAUSE** is before the Court upon Plaintiff Earl Hughes Burgest's Motion to Strike and/or For Sanctions [DE 78]. The Court has reviewed the Motion and the record, and is otherwise fully advised in the premises.

In this Motion, Mr. Burgest requests that this Court sanction the Defendant based on her repeated failure to provide him with copies of all filed pleadings. Mr. Burgest requests that the Court strike or dismiss Defendant's Motion for Summary Judgment, which was previously ruled upon by this Court March 11, 2008 [DE 77]. Many of the instances in which Mr. Burgest did not receive copies of filings have been addressed previously in this litigation. Mr. Burgest raised similar issues in his Motion to Vacate Order of Instructions to Pro Se Litigant [DE 63], which Magistrate Judge White denied on August 7, 2007 [DE 66]. However, Magistrate Judge White did grant him an extension of time to file his response to the Motion for Summary Judgment, based on his assertions that he had not received a copy of the Motion [DE 66], thus remedying the problem complained of.

Since that time, the only filing that was apparently not received by Mr. Burgest was the supplemental response that this Court directed the Defendant to provide regarding the issue of qualified immunity, following review of Mr. Burgest's Objections to the Report and Recommendation. However, because the Motion for Summary Judgment was ultimately granted solely on the basis of Mr. Burgest's failure to exhaust his administrative remedies, no prejudice was caused by the fact that Mr. Burgest did not receive a copy of the Defendant's supplemental response, which addressed only issues related to qualified immunity. Furthermore, Mr. Burgest would not have been entitled to respond to that supplemental response without prior leave of this Court in any event. Thus, the Court sees no prejudice that has been caused to Mr. Burgest based on the allegations in his Motion to Strike or for Sanctions, and finds that sanctions are not appropriate. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Strike and/or for Sanctions [DE 78] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 19TH day of March, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record